# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| In the Matter of the | ) | |
| Tax Indebtedness of | ) | |
| THOMAS SHAUGHNESSY | ) | 2:25-mc-00511-SDN |
| 380 Lafayette Rd, Unit 11, PMB 209 | ) | |
| Seabrook, NH 03874 | ) | |
| | ) | |

### INVENTORY OF ASSETS SEIZED

The United States of America, pursuant to the ORDER FOR ENTRY ON PREMISES TO EFFECTUATE LEVY AND SEIZURE entered December 16, 2025, the United States submits the attached inventory of assets seized, as provided the Revenue Officer Jennifer S. Green of the Internal Revenue Service.

Dated: December 18, 2025

Respectfully Submitted,

ANDREW B. BENSON
United States Attorney

By: */s/ John G. Osborn*
John G. Osborn
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
john.osborn2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

In the Matter of the )
Tax Indebtedness of )
THOMAS SHAUGHNESSY ) 2:25-mc-00511-SDN
380 Lafayette Rd, Unit 11, PMB 209 )
Seabrook, NH 03874 )
)

## INVENTORY

**Date & Time of Seizures:**

December 16, 2025, from 12:30 p.m. until 1:30 p.m.

**Copies of 12/16/2025 Order Left With:**

Thomas Shaughnessy

**Inventory Made in Presence of:**

Scott Stone

**Descriptions of Assets Tagged with Notices of Seizure and Left on Site:**

1) Boeing 1941-A75N
2) Cessna 305A
3) Mullins Murphy Moose
4) Piper J4A
5) Silvaire Luscombe
6) Piper PA-28
7) 107 Littlebrook Lane, Eliot ME 03903

**Descriptions of Items Taken and Location:**

Logbooks and 2 sets of keys

I, Jennifer S. Green, declare pursuant to 28 U.S.C. § 1746 this __18__ day of December, 2025, that the above inventory is correct and complete.

_____

JENNIFER S. GREEN
Revenue Officer
Internal Revenue Service