GOVERNMENT
EXHIBIT

01

This Product Contains Sensitive Taxpayer Data

# Account Transcript

```
Request Date:        12-01-2025
Response Date:       12-01-2025
Tracking Number:     109252 2 266
```

```
Form Number:                                                              1040
Report for Tax Period Ending:                                       12  1 2014
Taxpayer Identification Number:

Spouse Taxpayer Identification Number:
THOMAS E SHAUGHNESSY
```

POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE

**Any minus sign shown below signifies a credit amount**

```
Account balance:                                        $1,245,447.21
Accrued interest:                                       $   80,229.16    As of:       12 15 2025
Accrued penalty:                                        $        0.00    As of:       12 15 2025
Account balance plus accruals (this is not a payoff
  amount):                                              $1,625,676.37
```

**\*\* Information from the return or as adjusted \*\***

```
Exemptions:                                                                 01
Filing status:                                              Married Filing Separate
Adjusted gross income:                                             $1,466,401.00
Taxable income:                                                    $1,456,736.00
Tax per return:                                                            $0.00
SE taxable income taxpayer:                                          $117,000.00
SE taxable income spouse:                                                  $0.00
Total self employment tax:                                            $51, 15.00
Return due date or return received date (whichever is later):         11-23-2015
Processing date:                                                      01-04-2016
```

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>89221    2 928 9 5 | 20155005 | 01 04 2016 | $0.00 |
| 716 | Credit you chose to apply from prior tax period | | 04 15 2014 | $ ,417.00 |
| 140 | Inquiry for non filing of tax return | | 11 2  2015 | $0.00 |
| 971 | Notice issued<br>CP 0059 | | 12 14 2015 | $0.00 |
| 8 6 | Credit you chose to apply to following tax period's taxes | | 04 15 2015 | $ ,417.00 |
| 420 | Examination of tax return | | 12 29 2015 | $0.00 |
| 960 | Appointed representative | | 05 22 2017 | $0.00 |
| 560 | IRS can assess tax until<br>06 29 2020 | | 12 1  2018 | $0.00 |
| 160 | Penalty for filing tax return after the due date<br>05 0   20 0 | 20191905 | 05 27 2019 | $151,16 .00 |
| 240 | Miscellaneous penalty<br>49247 522 00062 9 | 20191905 | 05 27 2019 | $121,61 .80 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---:|
|  | 05 0  20 0<br>787 |  |  |  |
| 00 | Additional tax assessed by examination<br>49247 522 00062 9<br>05 0  20 0 |  | 05 27 2019 | $608,069.00 |
| 421 | Closed examination of tax return |  | 05 27 2019 | $0.00 |
| 6 | Interest charged for late payment | 20191905 | 05 27 2019 | $16,822.42 |
| 971 | Notice issued<br>CP 0022 |  | 05 27 2019 | $0.00 |
| 582 | Lien placed on assets due to balance owed |  | 11 29 2019 | $0.00 |
| 971 | First Levy Issued on Module |  | 01 24 2020 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy    issued |  | 11 08 2019 | $0.00 |
| 60 | Fees and other expenses for collection |  | 0  16 2020 | $28.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing |  | 12 0  2019 | $0.00 |
| 670 | Payment<br>00<br>Levy |  | 02 26 2020 | $1,064.84 |
| 971 | Collection due process Notice of Intent to Levy    issued |  | 11 08 2019 | $0.00 |
| 670 | Payment<br>00<br>Levy |  | 02 28 2020 | $1,154.61 |
| 670 | Payment<br>00<br>Levy |  | 0  10 2020 | $21.96 |
| 670 | Payment<br>00<br>Levy |  | 12 01 2020 | $4,750.68 |
| 706 | Credit transferred in from<br> 0<br>201612 1 |  | 04 15 2017 | $ ,417.00 |
| 706 | Credit transferred in from<br> 0<br>201612 1 |  | 10 18 2017 | $4,000.00 |
| 971 | Passport certified seriously delinquent tax debt |  | 04 19 2021 | $0.00 |
| 971 | Federal Payment Levy Program   Levy Issued |  | 08 02 2021 | $0.00 |
| 971 | Notice issued<br>CP 071C |  | 01 0  2022 | $0.00 |
| 196 | Interest charged for late payment | 20215005 | 01 0  2022 | $109,147. 1 |
| 276 | Penalty for late payment of tax | 20215005 | 01 0  2022 | $149, 1.98 |
| 582 | Lien placed on assets due to balance owed |  | 07 22 2022 | $0.00 |
| 60 | Fees and other expenses for collection |  | 08 15 2022 | $82.00 |
| 480 | Received offer in compromise |  | 02 14 202 | $0.00 |
| 670 | Payment<br>00 |  | 02 1  202 | $205.00 |
| 670 | Payment<br>00<br> 4 |  | 02 1  202 | $40,600.00 |
| 972 | Passport certified seriously delinquent tax debt reversal |  | 0  20 202 | $0.00 |
| 481 | Offer in Compromise rejected or returned |  | 01 21 2024 | $0.00 |
| 971 | Passport certified seriously delinquent tax debt |  | 04 01 2024 | $0.00 |
| 960 | Appointed representative |  | 04 08 2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed |  | 12 06 2024 | $0.00 |
| 60 | Fees and other expenses for collection |  | 12  0 2024 | $78.00 |
| 971 | Federal Payment Levy Program   Levy Issued |  | 02 10 2025 | $0.00 |
| 582 | Lien placed on assets due to balance owed |  | 05 09 2025 | $0.00 |
| 60 | Fees and other expenses for collection |  | 06 02 2025 | $60.00 |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 582 | Lien placed on assets due to balance owed | | 07-04-2025 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-28-2025 | $166.00 |
| 582 | Lien placed on assets due to balance owed | | 07-18-2025 | $0.00 |
| 360 | Fees and other expenses for collection | | 08-11-2025 | $94.00 |
| 670 | Payment 00 Levy | | 09-05-2025 | -$2,174.48 |
| 670 | Payment 00 Levy | | 09-05-2025 | -$681.17 |
| 670 | Payment 00 Levy | | 09-08-2025 | -$138.56 |
| 960 | Appointed representative | | 08-27-2025 | $0.00 |

This Product Contains Sensitive Taxpayer Data

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|